**People of the State of Illinois, Plaintiff-Appellee, v. Maurice Blewett (Impleaded), Defendant-Appellant.**

Gen. No. 50,199.

First District, Second Division.

September 27, 1966.

Rehearing denied October 19, 1966.

James M. Trapp, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.